10/26/2017 Date Policy Issued
08/26/2020 Date Policy Expires

**SWORN STATEMENT IN PROOF OF LOSS**
TO THE
**CHURCH MUTUAL INSURANCE COMPANY**
MERRILL, WISCONSIN 54452

Acct/Policy Number: 0196110-02-0233!
Claim Number: 1400805

By the above indicated policy of insurance you insured

against loss by ___Fire___ Pilgrim Rest Church HC 73 Box 2115 Fairdealing MO 63939 upon the property described in the declarations pages of the policy according to the terms and conditions of said policy and all forms, endorsements, transfers, and assignments attached thereto

Time and Origin: a loss occurred about __1__ o'clock __A__ .M., on the __17th__ day of __November__ 20__19__. The cause and origin of said loss were:

Occupancy: The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: __Church__

Title and Interest: At the time of the loss, the interest of your Insured In the property described therein was owner
No other person or entity had any interest therein or encumbrance thereon, except:

Changes: Since the above policy was issued, there has been no change in title, use, or possession of said property except: __None__

1) The Total Insurance covering the described property, including this policy and all other policies (whether valid or not), binders, or agreements to insure was at time of loss: Contents, property, accrued expenses, Debris Removal, Roof $1,153,000 Spoilage Food + % of Increase on yearly Income
2) Full Replacement Cost of said property at time of loss: Building $ 1,096,632   Contents $ 148,000
3) The Actual Cash Value of the described property at time of loss: Building $ ___   Contents $ ___
4) The whole loss and damage to the described property as a result of this loss:
   Building $ 1,096,632   Contents $ 148,000   Other $ undetermined   Total $ 1,244,632
5) Less amount of deductible: $ 5,000 at time of loss:   Net Loss $ 1,239,632
6) Insured hereby claims of the company the sum of: as of 1-17-2020 property 984,000 $ 1,127,000 Contents 143,000
7) When the described loss is subject to Replacement Cost Coverage provisions of this policy, the actual cash value of repairs or replacement being claimed at this time is: From Declaration page   Claim   $1,127,000
8) I/We understand and acknowledge that under the terms and conditions of the policy, the supplemental claim must be made to the company by ___ or I/we waive all right to claim the supplemental amount which is: $ ___
   (Line 6 minus Line 7)

This loss did not originate by any act, design, or procurement of the insured, or this subscriber, nothing has been done by or with the privity or consent of the Insured or this subscriber to violate the conditions of the policy; no articles are mentioned herein or in annexed schedules but such as were in the building damaged or destroyed, belonging to and in possession of the Insured at the time of loss; no property saved has been concealed and no attempt to deceive the company has been made. Any other information that may be required will be furnished and considered a part of this proof.

It is expressly understood and agreed that the furnishing of this blank to the insured or the assistance of an adjuster, or any agent of the insured in the making of this proof, is not a waiver of any rights to said insurer or of any of the conditions of this policy.

State of __Missouri__   Insured: _Jim P. Willie_
Notary Public ___   Title: ___
My Commission Expires __Sept 3, 2020__   Subscribed and Sworn before me this day of __01 / 28 / 2020__

Sam Griffin
Notary Public - Notary Seal
State of Missouri
Ripley County
Commission # 12687473
My Commission Expires: September 3, 2020

Please Complete, Sign, and Return to Our Office   Claim #: 1400805

PLAINTIFF'S EXHIBIT 2

EXHIBIT 5 6/5/20 pdh